May 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PLEASANT HILL COMMUNITY DEVELOPMENT CORPORATION,
Appellant

NO. 14-13-01101-CV                    V.

THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY AND HARRIS
COUNTY APPRAISAL DISTRICT, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, the Appraisal Review Board of Harris County and Harris County Appraisal District, signed, November 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Pleasant Hill Community Development Corporation, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.